UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

C.N. GUERRIERE, M.D., P.A.,
(Michael Cothran)

    Plaintiff,

v.                          CASE NO: 8:07-cv-1444-T-23TBM

AETNA HEALTH, INC.,

    Defendant.
_____/

**ORDER**

The parties move (Doc. 9) for a temporary stay of proceedings until September 21, 2007, in order to allow the parties an opportunity to engage in settlement discussions. The motion (Doc. 9) is **GRANTED**. On or before **September 21, 2007**, the parties shall provide written notice to the Court whether the case is settled.

ORDERED in Tampa, Florida, on September 7, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE